**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 23, 2026

Hon. Victoria Reznik
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

> Re:    United States v. Oshane Mullings
>        <u>26 MJ 42</u>

Dear Judge Reznik:

The defendant in the above matter has been arrested.  Accordingly, the United States respectfully moves to unseal the complaint in this matter.

Respectfully submitted,

JAY CLAYTON
 United States Attorney

/s

By:    _____
       James McMahon
       Assistant United States Attorney
       (914) 993-1936

SO ORDERED:

_____
HON. VICTORIA REZNIK
United States Magistrate Judge
 Dated: 2/23/2026